IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATHAN DAVID YOUNG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RENAE J. HOFF, WILLIAM A. MORROW, KEVIN E. DINIUS, JAMES M. VAVREK, dba WHITE PETERSON, DENNIS WILKINSON, ROGER GABEL, GREGORY M. CULET, and 96 JOHN AND JANE DOES,<br><br>　　　　Defendants. | Lead Case: CV06-214-S-BLW<br>Consolidated with CV06-276-S-BLW<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be DISMISSED. This matter is hereby deemed closed.

DATED: **October 4, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment – Page 1**